

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00107-CV

Jose **VILLARREAL** and Delia Margarita Villarreal,
Individually and on behalf of the Estate of Jose Angel Villarreal,
Appellants

v.

**CHESAPEAKE OPERATING, LLC**, Individually and d/b/a Chesapeake Operating, Inc.,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-06-12309-DCV-AJA-1
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee Chesapeake Operating, LLC, Individually and d/b/a Chesapeake Operating, Inc., recover its costs of this appeal from Appellants Jose Villarreal and Delia Margarita Villarreal, Individually and on behalf of the Estate of Jose Angel Villarreal.

SIGNED September 21, 2016.

_____
Patricia O. Alvarez, Justice